**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

BRIAN KRUSE,

Plaintiffs,

vs.

OHIO CASUALTY CORPORATION,
OHIO CASUALTY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
and AMERICA FIRST INSURANCE COMPANY.

Defendants.

Case No.: CIV 12-073-RAW

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all Parties appearing in this case stipulate to the final dismissal of this case with prejudice. The Parties further stipulate that all costs of court shall be paid by the party incurring same.

Respectfully submitted,

STEIDLEY & NEAL

Mark E. Fields, OBA # 19091
mef@steidlev-neal.com
P.O. Box 1165
McAlester, OK 74502
(918)423-4611 Telephone
(918)423-4620 Facsimile

and

W. G. Steidley, Jr., OBA #8591
wgsl@steidley-neal.com
Charles D. Neal, Jr., OBA #6591
cdn@steidlev-neal.com
CityPlex Towers 53rd Floor
2448 East 81st Street
Tulsa, OK 74137
(918)664-4612 Telephone
(918)664-4133 Facsimile

*Attorneys for Plaintiff*

LATHAM, WAGNER, STEELE, & LEHMAN, P.C.

Bob L. Latham, OBA# 15799
blatham@lswsl.com
Carey C. Calvert, OBA# 15080
ccalvert@lswsl.com
10441 S. Regal Boulevard, Suite 200
Tulsa, OK 74133
(918) 970-2000 Telephone
(918) 970-2002 Facsimile

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 23 day of August, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mark Fields
W.G. Steidley, Jr.
Charles D. Neal, Jr.